Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTO U.S.A., INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-CV-02999-RGK-PLA<br><br>Honorable Judge R. Gary Klausner<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: May 4, 2022<br>Trial Date: None |

NOTICE OF SETTLEMENT

1  Plaintiff, Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff
2  have settled on an individual basis.  A notice of dismissal with prejudice of Plaintiff's individual
3  claims and without prejudice of the claims of the putative class in accordance with Federal Rule
4  of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement.

6  Dated: August 19, 2022                                        Respectfully Submitted,

8  /s/ Binyamin I. Manoucheri
   Thiago M. Coelho
9  Binyamin I. Manoucheri
   **WILSHIRE LAW FIRM**
10 *Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 19, 2022                    */s/ Binyamin I. Manoucheri*
                                          Binyamin I. Manoucheri

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137